LITTLEFIELD STOVE COMPANY, Appellant, *v.* THE CITY OF ALBANY, Respondent.

Reported below, 145 App. Div. 951.
(Submitted October 2, 1911; decided October 10, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 28, 1911, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover damages alleged to have been caused by the overflow of a sewer.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence; that the exceptions were frivolous and presented no question for review and that the appeal was taken merely for purposes of delay.

*Arthur L. Andrews, Corporation Counsel,* for motion.

*John A. Delehanty* opposed.

Motion denied, with ten dollars costs.